



# MEMORANDUM

| | |
|---|---|
| **To:** | The Honorable George A. O'Toole, U.S. District Judge |
| **From:** | Jeffrey R. Smith, U.S. Probation Officer |
| **Re:** | Juan Felix |
| | Docket # 1:04-CR-10104 |
| | **Request to Reduce Length of Sanction to Coolidge House** |
| **Date:** | July 21, 2004 |

The purpose of this memorandum is to advise the Court as to the defendant's compliance with the terms of his Supervised Release and request that the Court review the modification to the defendant's term of Supervised Release that was approved by the Court on May 7, 2004.

On May 17, 2000, Juan Felix appeared before the Honorable Shirley Wohl Kram, U.S. District Judge, Southern District of New York, charged with Conspiracy to Possess with Intent to Distribute Cocaine in violation of 21 U.S.C. § 846 and Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 812, 841 (a)(1),(b)(1)(B). Mr. Felix was sentenced to 41 months imprisonment followed by 48 months Supervised Release.

Mr. Felix commenced his term of Supervised Release in the Southern District of New York on May 14, 2002. He transferred his term of Supervised Release to the District of Massachusetts on May 30, 2003. Mr. Felix quickly secured employment upon his arrival in the District of Massachusetts and complied with the terms of supervision imposed by the Court.

On February 9, 2004, Mr. Felix was arrested by the Boston Police and charged with Possession of Class D with Intent to Distribute and Procuring Alcohol for Minors. Although Mr. Felix admitted to purchasing alcohol and sharing it with two underage girls, he denied selling them marijuana. The District of Massachusetts requested that the jurisdiction in this case be transferred from the Southern District of New York. On April 6, 2004, the order endorsing the transfer of jurisdiction was approved by the Honorable William G. Young, Chief U.S. District Judge.

On April 28, 2004, the Probation Office submitted a petition to the Court requesting that the defendants term of Supervised Release be modified to include a condition that he enter the Coolidge House for a term not to exceed 6 months as a sanction for his new criminal charges. Mr. Felix voluntarily signed a waiver of hearing to modify his terms of Supervised Release and agreed to enter the Coolidge House. Mr. Felix entered the Coolidge House on May 21, 2004.

On May 20, 2004, the new criminal charges were all dismissed at the Roxbury District Court. The two girls involved in the arrest submitted signed affidavits indicating that they did not purchase marijuana from Mr. Felix and that they had the drug in their possession prior to meeting him on the evening of February 9, 2004.

In light of the dismissal of all criminal charges, the Probation Office is respectfully requesting that the modification of 6 months in the Coolidge House be reduced to a term of 3 months. Although Mr. Felix violated the terms of his Supervised Release by his presence in a motor vehicle where marijuana was present and by purchasing alcohol for minors, the Probation Department believes a 3 month term at the Coolidge House is sufficient. Mr. Felix has complied fully with the program rules since entering the Coolidge House and maintains steady employment. Mr. Felix's girlfriend has recently given birth to their child and the Probation Department believes that his family would be better served if he was allowed to return to his residence after completing a 3 month term at the Coolidge House.

Could Your Honor please indicate below if the Court concurs with the Probation Department's recommendation to reduce Mr. Felix's sanction to the Coolidge House from a term of 6 months to a term of 3 months.

Reviewed and Approved by:

Julius H. Britto
Supervising U.S. Probation Officer

[✓]  I Concur

[ ]  I Do Not Concur

The Honorable George A. O'Toole
U.S. District Judge
Date: July 28, 2004