UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

v.

CRIMINAL NO. 04-CR-10104 -GAO

JUAN FELIX

STANDING PROCEDURAL ORDER

If the U. S. Probation Office, District of Massachusetts, is notified by BI Monitoring, Inc. that a signal from the electronic monitor indicating flight (on an offender who has been released on bail conditions) has been received, and a telephone call has confirmed flight, it shall notify the U. S. Marshals for the District of Massachusetts. The Marshals, pursuant to this Order, shall initiate a fugitive investigation to apprehend the defendant. In such a circumstance, the U. S. Marshals shall notify the Court no later than the next business day of the initiation of the fugitive investigation and obtain a formal arrest warrant for violation of conditions of release.

SO ORDERED.

_____
U. S. Judge or U. S. Magistrate Judge

1/30/06
Date