```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        V.                  )   Criminal No. 04-10104-GAO
                            )
JUAN FELIX                  )
```

**NOTICE OF APPEARANCE**

_____Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

```
                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney


                   By:  /s/ Andrew E. Lelling
                        ANDREW E. LELLING
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        One Courthouse Way, Suite 9200
                        Boston, MA 02210
                        (617) 748-3177
```

Dated: February 14, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 14, 2006.

                                               /s/: *Andrew E. Lelling*
                                               ANDREW E. LELLING
                                               Assistant U.S. Attorney

Dated: February 14, 2006