UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10104-GAO |
| | ) | |
| | ) | |
| JUAN FELIX | ) | |

NOTICE OF APPEARANCE

Assistant Federal Defender Stylianus Sinnis hereby files his appearance on behalf of Defendant, Juan Felix.

                Respectfully submitted,

                JUAN FELIX
                By his attorney,

                /s/Stylianus Sinnis
                Stylianus Sinnis
                  B.B.O. # 560148
                Federal Defender Office
                408 Atlantic Avenue, 3rd Floor
                Boston, MA  02210
                Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I, Stylianus Sinnis, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) and by sending paper copies to non-registered participants all on March 8, 2006.

                /s/ Stylianus Sinnis
                Stylianus Sinnis