```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )
                          )
v.                        )      CRIMINAL NO. 04-10104-GAO
                          )
                          )
JUAN FELIX                )
```

ASSENTED TO MOTION TO CONTINUE FINAL REVOCATION HEARING

The defendant Juan Felix respectfully moves this Court for a continuance of the final revocation hearing in the above-captioned case.  The revocation hearing is currently set for March 13, 2006 and all parties request that it be continued to the week of July 10, 2006.

In support of this motion, undersigned counsel submits that the sole basis for the instant violation of supervised release is Mr. Felix's arrest on state criminal charges.  State court charges are progressing and it is believed a suppression motion will be filed shortly.  All parties believe that resolution of the state case will dictate the outcome of the instant violation.  Accordingly, the parties request that the final revocation hearing be continued in order to allow Mr. Felix an opportunity to resolve the pending state charges.

Counsel has spoken with Assistant United States Attorney Andrew Lelling and U.S. Probation Officer Matthew Ball regarding

-1-

this motion. Counsel represents that Messrs. Lelling and Ball assent to the granting of this motion.

Wherefore, for above-stated reasons, the defendant requests that this motion to continue the final revocation hearing be granted and that the hearing be scheduled for the week of July 10, 2006.

```
                              Respectfully submitted,

                              JUAN FELIX
                              By his attorney,


                              /s/Stylianus Sinnis
                              Stylianus Sinnis
                                 B.B.O. # 560148
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02210
                              Tel: 617-223-8061
```

## CERTIFICATE OF SERVICE

I, Stylianus Sinnis, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) and by sending paper copies to non-registered participants and a copy was hand delivered on United States Probation Office all on May 2, 2006.

```
                              /s/ Stylianus Sinnis
                              Stylianus Sinnis
```