UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | No. 04-10104-GAO |
| v. ] | |
| ] | |
| JUAN FELIX ] | |

### JOINT MOTION FOR FINAL CONTINUANCE

The parties hereby jointly move for a final continuance of the supervised release hearing currently scheduled in this matter for 2:00 pm, Monday, July 24, 2006. The parties hereby request a date after September 8, 2006.

As reasons for this motion, the parties state as follows:

1. The basis for the instant violation is the defendant's arrest on state drug charges in January 2006. Resolution of that case should dictate the outcome of this pending matter.

2. It appears that the defendant may have a viable motion to suppress in the state matter, and counsel have been advised that a motion to suppress will be filed on August 16, 2006, with a hearing on the motion scheduled for August 30, 2006.

3. Once that motion to suppress is resolved, potentially along with the state case itself, the parties in this case will be better able to proceed. Counsel request a date after September 8, in case the state court takes the matter under advisement, and because undersigned counsel for the government may be on trial the week of September 5.

WHEREFORE, the parties request that the Court move the hearing date presently scheduled for July 24, 2006, to some date after September 8, 2006.

Respectfully submitted,

| | |
|---|---|
| Michael J. Sullivan | Juan Felix |
| United States Attorney | |

By:  /s/ *Andrew E. Lelling*                    /s/ *Stylianus Sinnis*
      Andrew E. Lelling                     Stylianus Sinnis
      Assistant U.S. Attorney              Assistant Federal Defender

Date:  July 21, 2006