**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

June 22, 2007

Paul Lyness, Courtroom Clerk to the
Honorable George A. O'Toole, Jr.
1 Courthouse Way, Suite 2300
Boston, MA 02210

    **RE:    United States v. Juan Felix; Criminal No. 04-10104-GAO**

Dear Mr. Lyness:

    Attached please find three letters that I plan to use during the revocation hearing on Monday, June 25, 2007. I provide them in advance for the Court's review.

    Thank you.

                    Sincerely,

                    /s/ Stellio Sinnis
                    Stellio Sinnis

cc.    US Probation Officer Matthew Ball
        AUSA Andrew Lelling